TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-98-00432-CR

Timothy Lamon Proctor, Appellant

v.

The State of Texas, Appellee

FROM THE DISTRICT COURT OF MILAM COUNTY, 20TH JUDICIAL DISTRICT

NO. 18,266, HONORABLE CHARLES E. LANCE, JUDGE PRESIDING

In June 1992, appellant Timothy Lamon Proctor was placed on deferred
adjudication community supervision for eight years after pleading guilty to possessing cocaine with
intent to deliver. Following a hearing on the State's motion in July 1998, the district court found
that appellant violated the conditions of his supervision, adjudicated him guilty, and imposed
sentence of imprisonment for five years.

Appellant did not pay for the reporter's record and none was filed. Appellant's
retained attorney did not respond to this Court's notices. A hearing in the district court was
ordered to determine whether appellant wished to pursue the appeal. See Tex. R. App. P.
37.3(a)(2). In response to this Court's order, counsel wrote a letter to the district court stating,
"My client . . . Timothy Lamon Proctor, does not wish to continue his appeal." A copy of
counsel's letter was forwarded to the Clerk by the coordinator for the 20th District Court. In her
cover letter, the coordinator states that appellant's father contacted her and confirmed that
appellant does not wish to pursue this appeal. 

We will not dismiss an appeal in the absence of a proper motion. See Tex. R. App.
P. 42.2. We conclude that the absence of a reporter's record is appellant's fault and that it is
appropriate to decide the appeal without briefs. See Tex. R. App. P. 37.3(c), 38.8(b)(4). We
have examined the clerk's record and find no fundamental error or other matter that should be
considered in the interest of justice.

The judgment of conviction is affirmed.

 

 Lee Yeakel, Justice

Before Justices Jones, B. A. Smith and Yeakel

Affirmed

Filed: August 12, 1999

Do Not Publish